ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
RICHARD RILEY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR-F-04-5363 OWW |
| Plaintiff, | ) STIPULATION FOR CONTINUANCE AND ) PROPOSED ORDER THEREIN |
| vs. | ) |
| RICHARD RILEY, | ) |
| Defendant. | ) |

   IT IS HEREBY STIPULATED between the Defendant, Richard Riley, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Kevin R. Rooney that the Status Conference now set for September 12, 2005, at 1:30 p.m. be continued to September 26, 2005 at 1:30 p.m.

   It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

PDF created with pdfFactory trial version www.pdffactory.com

1. Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;
2. Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated:  September 7 12, 2005

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
Richard Riley

Dated:  September 7, 2005

/s/ Kevin R. Rooney
Kevin R. Rooney,
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.  Good cause having been shown, the Status Conference set for September 12, 2005, is vacated and continued to September 26, 2005 at 1:30 p.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(A) and 3161(h)(B)(ii).

Dated:  September _8__, 2005

/s/ OLIVER W. WANGER
Honorable Oliver W. Wanger,
U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com